**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 07-6149**

---

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

ANGELO SHERMAN, a/k/a Angel Sherman, a/k/a
Rodney Lamar Gibbs,

Defendant - Appellant.

---

Appeal from the United States District Court for the District of
South Carolina, at Charleston.  Patrick Michael Duffy, District
Judge.  (2:04-cr-00303-PMD)

---

Submitted:  March 29, 2007              Decided:  April 6, 2007

---

Before MOTZ, TRAXLER, and DUNCAN, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Angelo Sherman, Appellant Pro Se.  Brent Alan Gray, OFFICE OF THE
UNITED STATES ATTORNEY, Charleston, South Carolina, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Angelo Sherman appeals the district court's oral order denying his Fed. R. Crim. P. 35 motion for a reduction of his sentence. We have reviewed the record and find that the district court lacked jurisdiction to entertain the motion. See Fed. R. Crim. P. 35. We therefore affirm the denial of relief on that ground. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED